Case 0:19-cr-60225-WPD Document 1 Entered on FLSD Docket 08/05/2019 Page 1 of 5

FILED BY __YH__ D.C.

Aug 5, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. **19-60225-CR-DIMITROULEAS/SNOW**

31 U.S.C. § 5324(a)(3)
31 U.S.C. § 5317(c)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

MANUEL EDMUNDO RODRIGUEZ,

      Defendant.

_____/

## INFORMATION

The United States Attorney charges that:

From on or about August 4, 2014, and continuing through on or about August 7, 2014, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**MANUEL EDMUNDO RODRIGUEZ,**

did knowingly and for the purpose of evading the reporting requirements of Title 31, United States Code, Section 5313(a), and any regulation prescribed thereunder, structure and assist in structuring transactions, and attempt to structure and assist in structuring transactions, that is, currency deposits at Wells Fargo Bank, a domestic financial institution, into Wells Fargo Bank account number ending in 3491, as part of a pattern of illegal activity involving more than $10,000, as set forth below:

| APPROXIMATE DATE | MONETARY TRANSACTIONS |
|---|---|
| August 4, 2014 | Currency deposit of $6,000 |
| August 4, 2014 | Currency deposit of $3,500 |
| August 5, 2014 | Currency deposit of $9,800 |
| August 6, 2014 | Currency deposit of $9,800 |
| August 7, 2014 | Currency deposit of $6,000 |

In violation of Title 31, United States Code, Section 5324(a)(3) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATIONS

1. The foregoing allegations of this Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **MANUEL EDMUNDO RODRIGUEZ**, has an interest.

2. Upon conviction of a violation of Title 31, United States Code, Section 5324, as alleged in this Information, the defendant shall forfeit to the United States any property, real or personal, involved in such offense, and any property traceable to such property, pursuant to Title 31, United States Code, Section 5317(c)(1).

All pursuant to Title 18, United States Code, Section 5317(c)(1), and the procedures set forth in Title 21, United States Code, Section 853.

_____ SLC (Edward N. Stamm)
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
ROBERT J. EMERY
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. |
|---|---|
| v. | |
| MANUEL EDMUNDO RODRIGUEZ, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant.  / | **Superseding Case Information:** |

**Court Division**: (Select One)

\_\_\_ Miami  \_\_\_ Key West
X  FTL  \_\_\_ WPB  \_\_\_ FTP

New Defendant(s)  Yes \_\_\_  No \_\_\_
Number of New Defendants  \_\_\_
Total number of counts  \_\_\_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)  No
   List language and/or dialect

4. This case will take   0   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                               (Check only one)
   I    0  to 5 days        x        Petty       \_\_\_
   II   6  to 10 days      \_\_\_      Minor       \_\_\_
   III  11 to 20 days      \_\_\_      Misdem.     \_\_\_
   IV   21 to 60 days      \_\_\_      Felony       x
   V    61 days and over   \_\_\_

6. Has this case been previously filed in this District Court? (Yes or No)  No
   If yes:
   Judge:  _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  No
   If yes:
   Magistrate Case No.  _____
   Related Miscellaneous numbers:  _____
   Defendant(s) in federal custody as of  _____
   Defendant(s) in state custody as of  _____
   Rule 20 from the District of
   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  Yes _____  No  x

_____
ROBERT J. EMERY
ASSISTANT UNITED STATES ATTORNEY
COURT I.D. No. A5501892

*Penalty Sheet(s) attached

REV 5/3/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **MANUEL EDMUNDO RODRIGUEZ**

**Case No:** _____

Count #: 1

Structuring

Title 31, United States Code, Section 5324(a)(3)

\* **Max.Penalty**: 5 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| | ) | |
| Manuel Edmundo Rodriguez, | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Jason W. Kreiss
*Printed name of defendant's attorney*

_____
*Judge's signature*

BARRY S. SELTZER, U.S. MAGISTRATE JUDGE
*Judge's printed name and title*